# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| VIJAY K. VIG, | ) | Civil Action File No. |
| | ) | |
| Plaintiff, | ) | 1:11-cv-4487-WSD |
| | ) | |
| v. | ) | |
| | ) | |
| ALL CARE DENTAL, P.C., | ) | |
| a Georgia Professional Corporation and | ) | |
| DR. SATPAL K. SHIKH, CEO and | ) | |
| 60% shareholder of All Care Dental, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO STAY DISCOVERY

COMES NOW, Defendant Shikh and moves to stay discovery directed to her until 15 days after the Court rules on her motion to dismiss filed on or about May 4, 2012.

The Defendant shows that she is an individual without insurance as to this type of claim and is being victimized by her ex-husband as a result of a divorce action between the parties.

This Court has wide discretion to grant the motion. See Patterson v. U.S. Postal Service, 901 F.2d 927, 929 (11th Cir. 1990); Wilson v. BB&T Mortgage, 2010 WL 4839372 (N.D. Ga. 2010).

A proposed order is attached.

        Respectfully submitted,

        <u>/s/ Ralph Goldberg</u>
        Ralph Goldberg
        Ga. Bar No. 299475
        Attorney for Defendants

Goldberg & Cuvillier, P.C.
755 Commerce Drive, Ste. 600
Decatur, GA 30030
(404) 378-7700
(404) 378-7708 FAX

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| VIJAY K. VIG, | ) | Civil Action File No. |
| | ) | |
| Plaintiff, | ) | 1:11-cv-4487-WSD |
| | ) | |
| v. | ) | |
| | ) | |
| ALL CARE DENTAL, P.C., | ) | |
| a Georgia Professional Corporation and | ) | |
| DR. SATPAL K. SHIKH, CEO and | ) | |
| 60% shareholder of All Care Dental, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following individual in the foregoing matter with a copy of this document by depositing in the United States Mail copies of the same in properly addressed envelopes with adequate postage thereon or by notification of electronic filing.

Vijay K. Vig
P.O. Box 1535
Decatur, GA 30033

This _____ day of July, 2012.

| | |
|---|---|
| Goldberg & Cuvillier, P.C. | /s/ Ralph Goldberg |
| 755 Commerce Drive, Ste. 600 | Ralph Goldberg |
| Decatur, GA 30030 | Ga. Bar No. 299475 |
| (404) 378-7700 | Attorney for Defendants |
| (404) 378-7708 FAX | |