IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VIJAY K. VIG,

                Plaintiff,

v.                                    1:11-cv-4487-WSD

ALL CARE DENTAL, P.C. and DR.
SATPAL K. SHIKH,

                Defendants.

## JUDGMENT

This action having come on for trial before the Court and a jury, Honorable William S. Duffey, Jr., District Judge, presiding, and the Court, after the presentation of all the evidence at trial, having entered a directed verdict against Plaintiff,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiff takes nothing, that the Defendants recover their costs of this action, and the action be, and the same hereby, is **DISMISSED**.

Dated at Atlanta, Georgia, this 11th day of September, 2013.

                                            JAMES N. HATTEN, CLERK

                                            By:  S/ Jessica Birnbaum
                                                          Deputy Clerk

Filed in the Clerk's Office
September 11, 2013
James N. Hatten, Clerk
By:  S/ Jessica Birnbaum
      Deputy Clerk